IN THE UNITED STATES COURT OF APPEALS
                         FOR THE FIFTH CIRCUIT

                          _____

                            No. 97-10429
                          Conference Calendar

                          _____


REID DARWIN PHELPS, JR.,

                                              Plaintiff-Appellant,


versus


LEE HANEY, HONORABLE,
DISTRICT ATTORNEY 35TH JUDICIAL COURT,

                                              Defendant-Appellee.

                    - - - - - - - - - -
           Appeal from the United States District Court
                for the Northern District of Texas
                      USDC No. 6:97-CV-43-C
                    - - - - - - - - - -
                         October 21, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Reid Darwin Phelps, Jr., Texas inmate # 824168, appeals the

dismissal of his civil rights complaint as frivolous, pursuant to

28 U.S.C. § 1915A.  He argues that he was denied access to the

courts.  We have reviewed Phelps's brief and the record and agree

with the reasoning set forth by the district court.  Phelps v.

Haney, No. 6:96-CV-043-C (N.D. Tex. April 18, 1997).

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Phelps's appeal is without arguable merit and is frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED. See 5th Cir. R. 42.2. Phelps is warned that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Phelps should review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.